

1  Robert A. Sacks (SBN 150146)
   sacksr@sullcrom.com
2  Brian R. England (SBN 211335)
   englandb@sullcrom.com
3  Edward E. Johnson (SBN 241065)
   johnsonee@sullcrom.com
4  SULLIVAN & CROMWELL LLP
   1888 Century Park East, Suite 2100
5  Los Angeles, California 90067-1725
   Tel.:  (310) 712-6600
6  Fax:  (310) 712-8800

7  *Attorneys for Defendants*

8  Matthew D. Spohn (SBN 269636)
   matthew.spohn@nortonrosefulbright.com
9  FULBRIGHT & JAWORSKI LLP
   1200 17th Street, Suite 1000
10 Denver, Colorado  80202
   Tel.:  (303) 801-2700
11 Fax:  (303) 801-2777

12 *Attorneys for Plaintiff EC Data Systems, Inc.*

13 [additional counsel on signature page]

14             UNITED STATES DISTRICT COURT

15             CENTRAL DISTRICT OF CALIFORNIA

16

17 EC DATA SYSTEMS, INC.,              ) Case No. CV 12-07544 DDP (AJWx)
                                       )
18              Plaintiff,             )
                                       )
19     v.                              ) **STIPULATION TO AMEND**
                                       ) **COMPLAINT FOR**
20 j2 GLOBAL                           ) **DECLARATORY JUDGMENT**
   COMMUNICATIONS, INC. AND            )
21 ADVANCED MESSAGING                  )
   TECHNOLOGIES, INC.,                 )
22                                     )
                Defendants             )
23 _____ )
                                       )
24 AND RELATED CROSS-ACTION            )
                                       )
25 _____ )

26     Plaintiff EC Data Systems, Inc. ("EC Data") and Defendants j2 Global, Inc.
27 and Advanced Messaging Technologies, Inc. (collectively, "j2") hereby stipulate to
28 allow EC Data to file its First Amended Complaint for Declaratory Judgment.

STIPULATION TO AMEND COMPLAINT FOR DECLARATORY JUDGMENT

| | |
|---|---|
| Dated: October 24, 2013 | Respectfully submitted, |
| | /s/ *Robert A. Sacks* |
| | Robert A. Sacks (SBN 150146)<br>Brian R. England (SBN 211335)<br>Edward E. Johnson (SBN 241065)<br>SULLIVAN & CROMWELL LLP<br>1888 Century Park East, Suite 2100<br>Los Angeles, California 90067-1725<br>(310) 712-6600<br>(310) 712-8800 facsimile |
| | Frank L. Bernstein (SBN 189504)<br>KENYON & KENYON LLP<br>1801 Page Mill Road, Suite 210<br>Palo Alto, CA 94304-1216<br>(650) 384-4688<br>(650) 384-4701 facsimile |
| | *Attorneys for Plaintiff j2 Global, Inc.* |
| Dated: October 24, 2013 | Respectfully submitted, |
| | /s/ *Matthew D. Spohn* |
| | Matthew D. Spohn (SBN 269636)<br>FULBRIGHT & JAWORSKI LLP<br>1200 17th Street, Suite 1000<br>Denver, Colorado 80202<br>(303) 801-2700<br>(303) 801-2777 facsimile |
| | *Attorneys for Defendant EC Data Systems, Inc.* |

# PROOF OF SERVICE

## STATE OF COLORADO, COUNTY OF DENVER:

I am employed in the aforesaid county, State of Colorado; I am over the age of 18 years and not a party to the within action; my business address is **1200 17th Street, Suite 1000, Denver, CO  80202**.

On the below date, I served a copy of EC Data Systems, Inc.'s STIPULATION TO AMEND COMPLAINT FOR DECLARATORY JUDGMENT on the interested parties in this action as evidenced below:

Robert A. Sacks (SBN 150146)
Brian R. England (SBN 211335)
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, CA   90067-1725
Email:  sacksr@sullcrom.com
englandb@sullcrom.com

Frank L. Bernstein (SBN 189504)
KENYON & KENYON LLP
1801 Page Mill Road, Suite 210
Palo Alto, CA 94304-1216
Email:  fbernstein@kenyon.com

**(BY MAIL)**

**X**     I deposited such envelope in the mail at Denver, Colorado.  The envelope was mailed with postage thereon fully prepaid.

**X**     I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for mailing with United States Postal Service.  The foregoing sealed envelope was placed for collection and mailing this date consistent with the ordinary business practice of my place of employment, so that it will be picked up this date with postage thereon fully prepaid at Denver, Colorado, in the ordinary course of such business.

**(BY ELECTRONIC SERVICE VIA CM/ECF SYSTEM)**

**X** In accordance with the electronic filing procedures of this Court, service has been effected on the aforesaid party(s) above, whose counsel of record is a registered participant of CM/ECF, via electronic service through the CM/ECF system.

**(BY ELECTRONIC MAIL)**

On the below date prior to 5:00 p.m., PST, I transmitted the foregoing document(s) by electronic mail, and the transmission was reported as complete and without error. A true and correct copy of the electronic transmission is attached to this declaration. This method of service was made pursuant to the agreement of counsel.

**(BY FACSIMILE)**

On the below date, I transmitted the foregoing document(s) by facsimile sending number. Pursuant to Rule 2.306(3)(4), I caused the machine to print a transmission record of the transmission.

**(BY FEDERAL EXPRESS)**

I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for delivery by Federal Express. Under the practice it would be deposited with Federal Express on that same day with postage thereon fully prepared at Denver, Colorado in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if delivery by Federal Express is more than one day after date of deposit with Federal Express. Executed on the below date, at Denver, Colorado.

**(BY PERSONAL SERVICE)**

I caused to be delivered such envelope by hand to the addressee noted above. Executed on **the below date**, at Denver, Colorado.

**(FEDERAL)**

**X**     I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

  Executed on October 24, 2013, at Denver, Colorado.

　　　　　　　　　　　　　　　　*s/Lori Bumann*
　　　　　　　　　　　　　　　　Lori Bumann